**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Gualberto MARQUEZ, also known**
**as Bird, Defendant–Appellant.**

**No. 10–50692**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 17, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Cori Ann Harbour, Harbour Law Firm, P.C., El Paso, TX, for Defendant–Appellant.

Gualberto Marquez, Coleman, FL, pro se.

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Gualberto Marquez has moved for leave to

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Marquez has not filed a timely response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.